

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00172-CR

**LAWRENCE LEE III,**

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellant**

 **v.**

**THE STATE OF TEXAS,**

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellee**

---

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 10-00668-CRF-85

---

## MEMORANDUM  OPINION

Lawrence Lee III, pro se, appeals from his felony conviction.  The Clerk warned Lee that the Court would dismiss his appeal because his notice of appeal was not timely filed unless, within 21 days, a response was filed showing grounds for continuing the appeal.  The date sentence was imposed was April 28, 2010.  Lee's notice of appeal was filed on October 6, 2010 and was thus untimely.  *See* TEX. R. APP. P. 26.2(a)(1) (providing that notice of appeal must be filed within 30 days after date sentence imposed or 30 days after entry of appealable order).

Lee's response complains of the trial court's delay in responding to his October 3, 2010 letter and his trial attorney's alleged ineffective assistance. We lack jurisdiction to address these grounds and to grant an out-of-time appeal; that authority belongs exclusively to the Court of Criminal Appeals through a writ of habeas corpus. *See Parr v. State,* 206 S.W.3d 143, 144-45 (Tex. App.—Waco 2006, no pet.). Because Lee's notice of appeal is untimely, we lack jurisdiction and dismiss his appeal. Lee's motion for appointment of counsel and for a free record is dismissed as moot.

                                        REX D. DAVIS
                                        Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed; motion dismissed as moot
Opinion delivered and filed June 15, 2011
Do not publish
[CRPM]